UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HOPE DEVIVO,**

    **Plaintiff,**

v.                            Case No: 8:20-cv-872-MSS-AAS

**ADAMS HOMES OF NORTHWEST FLORIDA, INC. and BRYAN ADAMS,**

    **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 53), filed on February 17, 2022. Therein, the Parties advise that Plaintiff's FLSA claims were resolved without compromise. (Id.) As the Parties' settlement did not compromise Plaintiff's wage claims, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); Silva v. Miller, 307 Fed. Appx. 349 (11th Cir. 2009).

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The **Clerk** is directed to terminate any pending motions as moot and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 18th day of February 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party